UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------x
JOSEPH PALMIERI,

                   Plaintiff,

  - against -

KEN HALL & ASSOCIATES, INC. d/b/a SPORT CRAFT BOATS, SPORT CRAFT MARINE, SPORT CRAFT, INC., ROBERTS ACQUISITION CORPORATION and STONE HARBOR MARINA,

                   Defendants.
-----------------------------------------------------------x

FILED

02 CIV. 1752 (CFD)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that John K. Fulweiler, Esq. of the law firm of DeOrchis & Partners, LLP, hereby enters his appearance for and on behalf of the plaintiff, Joseph Palmieri, and in substitution of counsel Cary R. Wiener, Esq. of De Orchis & Partners, LLP.

Please kindly direct all future demands and all further papers served and/or filed in this matter upon John K. Fulweiler, Esq., De Orchis & Partners, LLP.

Dated:     Stamford, Connecticut
            February 26, 2004

| | |
|---|---|
| DE ORCHIS & PARTNERS, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>John K. Fulweiler (CT-24765)<br>De Orchis & Partners, LLP<br>24 Hoyt Street<br>Stamford, Connecticut<br>(203-323-9120)<br>Our File: 2113-1 | DE ORCHIS & PARTNERS, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>Cary R. Wiener (CT02053)<br>De Orchis, Walker & Corsa, LLP<br>24 Hoyt Street<br>Stamford, Connecticut<br>(203-323-9120)<br>Our File: 2113-1 |

## DECLARATION OF SERVICE BY MAIL

**KATHERINE CENNAMO**, declares that:

I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York. I am a secretary for DeOrchis & Partners, LLP, the attorneys for the within named Defendant, with offices at 23 Hoyt Street, Stamford, Connecticut 06905.

On February 26, 2004, I served upon:

> **Steven G.M. Biro, Esq.**
> **291 Vine Road**
> **Stamford, CT 06905-2106**
> **Attorneys for Stone Harbor Marina**

a true copy of the annexed:
**PLAINTIFF"S RESPONSE
TO THE COURT'S FEBRUARY 4, 2004 ORDER RE STATUS
AND ACCOMPANYING MOTION TO ACCEPT SAME *NUNC PRO TUNC***

**NOTICE OF APPEARANCE**

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2004.

_____
**KATHERINE CENNAMO**