DE ORCHIS & PARTNERS, LLP
24 Hoyt Street
Stamford, Connecticut 06905
(203) 323-9120

Attorneys for Plaintiff
Joseph Palmieri

FILED

2004 APR 29  A II: 18

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------x

JOSEPH PALMIERI,

                Plaintiff,

    - against -

KEN HALL & ASSOCIATES, INC. d/b/a
SPORT CRAFT BOATS, SPORT CRAFT
MARINE, SPORT CRAFT, INC., ROBERTS
ACQUISITION CORPORATION and STONE
HARBOR MARINA,

                Defendants.
-------------------------------------------------------------x

02 CIV. 1752 (CFD)

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME BY WHICH TO CONSUMMATE SETTLEMENT

Plaintiff, JOSEPH PALMIERI (hereinafter referred to as the "PLAINTIFF"), by and through his undersigned attorneys, De Orchis & Partners, LLP, respectfully moves for a two (2) week extension of time by which to complete the settlement in this matter and in support of the same states as follows:

1.     On March 29, 2004, the plaintiff and only appearing defendant, Stone Harbor Marina ("Stone Harbor"), agreed to an amicable resolution of this matter in exchange for certain consideration.

2.      Thereafter, the plaintiff provided Stone Harbor's counsel with a proposed settlement agreement for which the undersigned has yet to receive any comments much less an executed original.

3.      In follow-up, the undersigned has telephoned and faxed Stone Harbor's counsel but has yet to receive a response.  Today, the undersigned, for the first time, spoke to Stone Harbor's counsel's assistant who explained that Stone Harbor's counsel was in trial.

4.      The undersigned has no reason to believe that the amicable settlement has failed and believes additional time is required to accommodate Stone Harbor's counsel's schedule.

Accordingly, the plaintiff respectfully requests that the Court refrain from dismissing this matter for an additional two (2) weeks up to and including May 13, 2004.  The plaintiff will advise the Court as soon as the settlement documents and funds are exchanged.

Dated:              Stamford, Connecticut
                    April 28, 2004

                                     DE ORCHIS & PARTNERS, LLP
                                     Attorneys for Plaintiff

                                     By:_____
                                          John K. Fulweiler (CT-24765)
                                          De Orchis & Partners, LLP
                                          24 Hoyt Street
                                          Stamford, Connecticut
                                          (203-323-9120)
                                          Our File:  2113-1

TO:    Steven G.M. Biro, Esq.
       291 Vine Road
       Stamford, CT 06905-2106
       Attorneys for Stone Harbor Marina

2

## DECLARATION OF SERVICE BY MAIL

Linda Salerno, declares that:

I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York.  I am a secretary for De Orchis & Partners, LLP, the attorneys for the within named Plaintiff, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On April 28, 2004, I served upon:

**Steven G.M. Biro, Esq.**
**291 Vine Road**
**Stamford, CT 06905-2106**
**Attorneys for Stone Harbor Marina**

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME BY WHICH TO CONSUMMATE SETTLEMENT

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2004.

_____
Linda Salerno