DE ORCHIS & PARTNERS, LLP
24 Hoyt Street
Stamford, Connecticut 06905
(203) 323-9120

Attorneys for Plaintiff
Joseph Palmieri

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------x
JOSEPH PALMIERI,

          Plaintiff,

  - against -                          02 CIV. 1752 (CFD)

KEN HALL & ASSOCIATES, INC. d/b/a
SPORT CRAFT BOATS, SPORT CRAFT
MARINE, SPORT CRAFT, INC., ROBERTS
ACQUISITION CORPORATION and STONE
HARBOR MARINA,

          Defendants.
-----------------------------------------------------------x


GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 4/30/04

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME BY WHICH TO CONSUMMATE SETTLEMENT

Plaintiff, JOSEPH PALMIERI (hereinafter referred to as the "PLAINTIFF"), by and through his undersigned attorneys, De Orchis & Partners, LLP, respectfully moves for a two (2) week extension of time by which to complete the settlement in this matter and in support of the same states as follows:

1.    On March 29, 2004, the plaintiff and only appearing defendant, Stone Harbor Marina ("Stone Harbor"), agreed to an amicable resolution of this matter in exchange for certain consideration.

FILED 2004 APR 30 P 12: [illegible] U.S. DISTRICT COURT