De ORCHIS & PARTNERS, LLP
24 Hoyt Street
Stamford, Connecticut 06905
(203) 323-9120

Attorneys for Plaintiff
Joseph Palmieri

```
FILED

2004 MAY 14   P 2: 07

U.S. DISTRICT COURT
   HARTFORD. CT.
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------x
JOSEPH PALMIERI,

                Plaintiff,

    - against -

KEN HALL & ASSOCIATES, INC. d/b/a
SPORT CRAFT BOATS, SPORT CRAFT
MARINE, SPORT CRAFT, INC., ROBERTS
ACQUISITION CORPORATION and STONE
HARBOR MARINA,

                Defendants.
----------------------------------------------------------------x

02 CIV. 1752 (CFD)

**PLAINTIFF'S MOTION FOR A FURTHER EXTENSION OF TIME
BY WHICH TO CONSUMMATE SETTLEMENT AND REQUESTING
ORDER RE-OPENING MATTER IF SETTLEMENT IS NOT FINALIZED**

Plaintiff, JOSEPH PALMIERI (hereinafter referred to as the "PLAINTIFF"), by and through his undersigned attorneys, De Orchis & Partners, LLP, respectfully moves for an additional two (2) week extension of time by which to complete the settlement in this matter and in support of the same states as follows:

1.     On March 29, 2004, the plaintiff and only appearing defendant, Stone Harbor Marina ("Stone Harbor"), agreed to an amicable resolution of this matter in exchange for certain consideration.

2. Thereafter, the plaintiff provided Stone Harbor's counsel with a proposed settlement agreement for which the undersigned has yet to receive any comments much less an executed original.

3. On April 28, 2004, the plaintiff moved this Court for a two week extension of time by which to consummate settlement.

4. Subsequently, counsel for Stone Harbor contacted the undersigned and stated that the agreed upon settlement was not in jeopardy but that he had been otherwise preoccupied with the "most important trial of his life." Counsel for Stone Harbor assured the plaintiff he would review the settlement agreement within the two week extension period.

5. On May 10, 2004, and having received no further communication from Stone Harbor's counsel, the plaintiff transmitted a facsimile to Stone Harbor's counsel urgently seeking his comments as to the proposed settlement documents.

6. As of this writing, and despite the undersigned's various telephone messages, no response has been received from Stone Harbor's counsel.

7. Based on Stone Harbor's counsel's representations, the undersigned has no reason to believe that the amicable settlement has failed and believes additional time is required to accommodate Stone Harbor's counsel's trial schedule.

8. Notwithstanding, the proposed settlement documentation is in the usual form and is not complicated such that Stone Harbor's counsel should be able to review the same within the next two weeks.

9. Plaintiff asserts that if Stone Harbor does not consummate settlement within the next two weeks, this matter should be re-opened and attorneys' fees and costs assessed

against Stone Harbor for their agreeing to a settlement in bad faith which resulted in this matter being delayed and the plaintiff incurring unnecessary costs and expenses.

10. Accordingly, the plaintiff respectfully requests that the Court refrain from dismissing this matter for an additional two (2) weeks up to and including May 27, 2004.

11. The plaintiff will advise the Court as soon as the settlement documents and funds are exchanged.

Dated:    Stamford, Connecticut
            May 12, 2004

                          DE ORCHIS & PARTNERS, LLP
                          Attorneys for Plaintiff

                          By:_____
                          John K. Fulweiler (CT-24765)
                          De Orchis & Partners, LLP
                          24 Hoyt Street
                          Stamford, Connecticut
                          (203-323-9120)
                          Our File: 2113-1

TO:   Steven G.M. Biro, Esq.
       291 Vine Road
       Stamford, CT 06905-2106
       Attorneys for Stone Harbor Marina

## DECLARATION OF SERVICE BY MAIL

Linda Salerno, declares that:

I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York. I am a secretary for De Orchis & Partners, LLP, the attorneys for the within named Plaintiff, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On May 12, 2004, I served upon:

**STEVEN G.M. BIRO, ESQ.**
**291 VINE ROAD**
**STAMFORD, CT 06905-2106**
**ATTORNEYS FOR STONE HARBOR MARINA**

a true copy of the annexed:

## PLAINTIFF'S MOTION FOR A FURTHER EXTENSION OF TIME BY WHICH TO CONSUMMATE SETTLEMENT AND REQUESTING ORDER RE-OPENING MATTER IF SETTLEMENT IS NOT FINALIZED

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2004.

_____
Linda Salerno