UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 28 P 1:33

U.S. DISTRICT COURT
HARTFORD, CT.

JOSEPH PALMIERI :

Vs. : CASE NO. 3:02CV1752(CFD)

KEN HALL & ASSOC. :

### JUDGMENT

Counsel of record having reported to the court on March 29, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, May 28, 2004

KEVIN F. ROWE, CLERK

BY _____
DEVORAH JOHNSON
DEPUTY CLERK

EOD _____