## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH PALMIERI, : | |
|     Plaintiff : | |
| : | |
| v. : | Civil Action No. 3:02CV1752(CFD) |
| : | |
| KEN HALL & ASSOCIATES, INC., d/b/a : | |
| SPORT CRAFT BOATS, SPORT CRAFT : | |
| MARINE, SPORT CRAFT, INC., : | |
| ROBERTS ACQUISITION : | |
| CORPORATION and STONE HARBOR : | |
| MARINA, : | |
|     Defendants : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A recommended ruling on the following motions which are currently pending: (orefm.)

_____ A ruling on the following motion which is currently pending: [#30] Plaintiff's Motion Advising Court of Defendant's Failure to Consummate Settlement, Seeking to Re-Open Matter, and Seeking Costs and Attorneys' Fees (orefm.)

_____ A settlement conference (orefmisc./cnf)

_____ A conference to discuss and approve the following: (orefmisc./cnf)

_____ Other: (orefmisc./misc) _____

SO ORDERED this __22nd__ day of July 2004, at Hartford, Connecticut.

                                                   /s/ CFD
                                          Christopher F. Droney
                                          United States District Judge