UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 20 P 3: 34
U.S. DISTRICT COURT
HARTFORD, CT.

JOSEPH PALMIERI,
    -Plaintiff

-v-                                    CIVIL 3:02CV1752(CFD)(TPS)

KEN HALL & ASSOCIATES, INC.
d/b/a SPORT CRAFT BOATS,
SPORT CRAFTER MARINE,
SPORT CRAFT, INC.,
ROBERTS ACQUISITION CORP.,
and STONE HARBOR MARINA,
    -Defendant

## RULING ON PLAINTIFF'S MOTION TO RE-OPEN CASE AND FOR COSTS AND FEES

The plaintiff's motion seeking to re-open this case and the costs and attorney's fees associated with his efforts to consummate the settlement **(Dkt. # 30)** is **GRANTED ABSENT OBJECTION IN PART AND DENIED WITHOUT PREJUDICE IN PART**. Wherefore the Judgment stated that the case was "dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if settlement has not been consummated" (Dkt. # 29) and wherefore the plaintiff did in fact move to re-open the case within 30 days as the settlement had not been consummated, the motion to re-open the case is **GRANTED ABSENT OBJECTION**. The clerk shall restore the

case to the docket.

However, it is axiomatic that a motion for an award of attorney's fees must be accompanied by an affidavit which sets forth, <u>inter alia</u>, the customary hourly rate that the moving attorney bills and the total number of hours expended. Since no such affidavit accompanied this motion, the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this 20th day of August, 2004.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge