De ORCHIS & PARTNERS, LLP
24 Hoyt Street
Stamford, Connecticut 06905
(203) 323-9120

Attorneys for Plaintiff
Joseph Palmieri

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------x
JOSEPH PALMIERI,

                Plaintiff,

    - against -

KEN HALL & ASSOCIATES, INC. d/b/a
SPORT CRAFT BOATS, SPORT CRAFT
MARINE, SPORT CRAFT, INC., ROBERTS
ACQUISITION CORPORATION and STONE
HARBOR MARINA,

                Defendants.
-----------------------------------------------------------x

02 CIV. 1752 (CFD)

### ATTORNEY AFFIDAVIT IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND COSTS

    John K. Fulweiler, Esq., being duly sworn, deposes and says:

    1.    I am an attorney with the law firm of DeOrchis & Partners, LLP, the attorneys of record for plaintiff Joseph Palmieri, the purchaser of a defective motor vessel which defects form the basis of this lawsuit. Based on my participation in this litigation and the files maintained by this office, I have personal knowledge of the following facts.

    2.    A settlement was reached with defendant Stone Harbor on March 29, 2004 and on April 19, 2004, the plaintiff forwarded proposed closing documents to defendant Stone Harbor's counsel.

3. The settlement closing documents were in the usual form and contained content which the undersigned typically exchanges with defense counsel and which can be properly characterized as customary and normal.

4. Although defendant Stone Harbor's counsel acknowledged receiving the closing documents, as of this writing, neither the undersigned nor the plaintiff has received executed closing documents, comments regarding the closing documents or any other communication whatsoever concerning the closing documents.

5. The undersigned has repeatedly attempted to contact defendant Stone Harbor's counsel by telephone and has not spoken to him being told he is "out of the office" or otherwise engaged in a litigation.

6. The undersigned has written defendant Stone Harbor's counsel on numerous occasions for which no response has been forthcoming.

7. As a result of the defendant Stone Harbor's bad-faith failure to consummate settlement, the plaintiff incurred unnecessary costs and expenses and was, ultimately, forced to re-open this matter pursuant to the Court's Order which motion to re-open while properly served was not responded to by defendant Stone Harbor.

8. Regarding the costs incurred for the period from the date of the settlement agreement to the present day, plaintiff has incurred the following amounts which total $101.82:

    (a) Computerized research expense: $50.34

    (b) Duplicating: $4.80

    (c) Postage: $8.25

    (d) Telephone: $10.20

  (e) Courier: $28.23

9. Regarding the attorneys' fees incurred for the period from the date of the settlement negotiations to the present day, plaintiff has incurred the following amounts which total $1,887.75:

| | | | |
|---|---|---|---|
| (a) | Vincent M. DeOrchis, Esq. | 1.65 hrs. | 371.25 |
| (b) | John K. Fulweiler, Esq. | 6.5 hrs. | 1,202.50 |
| (c) | Daniel P. Weiner, Esq. | 1.4 hrs. | 280.00 |
| (d) | Eric Santos, Managing Law Clerk | .4 hrs. | 34.00 |

10. Attorney DeOrchis, a senior partner with more than twenty-five years of litigation experience, bills at a rate of $225.00/hr.; attorney Weiner, a senior attorney, bills at a rate of $200.00/hr.; attorney Fulweiler a senior associate with approximately seven years of litigation experience bills at a rate of $185.00/hr.; and the managing law clerk bills at a rate of $85.00/hr..

11. The rates billed by DeOrchis, Weiner, Fulweiler and the managing law clerk are the customary and usual rates charged by DeOrchis & Partners, LLP for litigation of this nature.

12. The rates billed by DeOrchis, Weiner, Fulweiler and the managing law clerk are in line with the rates customarily charged by other attorneys for litigation work of this nature.

13. I would further note that the attached Invoices while accurate do not fully represent the significant amount of time that the undersigned spent in leaving messages at defendant Stone Harbor's counsel's office, in liaising with the Court and in composing correspondence directed to defendant Stone Harbor's counsel's office which time the

undersigned and the firm were unwilling to burden the plaintiff given these unusual circumstances.

14. In sum, for the period of time from the date of the settlement agreement (March 29, 2004) to the present day, the plaintiff has incurred costs in the amount of $101.82 and attorneys fees in the amount of $1,887.75 for a total of $1,989.57.[1]

15. Attached as Exhibit "A" are true and accurate copies of the billing records maintained by DeOrchis & Partners, LLP and which support the above described billing.

16. Attached as Exhibit "B" is a true, accurate and complete copy of the Court's August 20, 2004 Ruling On Motion to Re-Open Case.

17. Attached as Exhibit "C" is a true, accurate and complete copy of the defendant Stone Harbor's Counsel's May 24, 2004 correspondence.

I hereby state that the foregoing assertions and allegations are true and I am aware that if they are willfully false I am subject to perjury.

Dated:    New York, New York
          September 22, 2004

_____
John K. Fulweiler, Esq.

Sworn to before me this
22 day of September ____, 2004.

_____
PAMELA WHIPPLE
Notary Public, State of New york
No. 02WH6083476
Qualified in New York County
Commission Expires November 18, 2006

---

[1] It should also be noted that in the interest of complete reasonableness, the plaintiff is not seeking attorneys' fees and costs associated with the somewhat extensive settlement discussions. Instead, the plaintiff is only seeking to recoup its costs associated with the wholly useless composition of settlement closing papers and the many efforts associated in attempting to consummate the agreed upon settlement.

4

# EXHIBIT A

September 22, 2004

Billed through 08/31/04

Bill number          2113-00001-018 VMD

Gentech Power Systems Inc.
63 Indian Ledge Rd.
Monroe, Connecticut 06468

Attn: Mr. Joseph Palmieri

SPORT-CRAFT 3110
Claim for Vessel Defects

Balance forward as of bill number 014 dated 05/17/04                $    9,576.00

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/03/04 | ES | docketing and diarying Plaintiff's Motion for Extension of Time by Which to Consummate Settlement; | .20 hrs |
| 05/05/04 | VMD | review notice of motion to extend time to settle; | .40 hrs |
| 05/07/04 | VMD | on pleadings; | .50 hrs |
| 05/25/04 | VMD | letter to owners' attorney; motion by plaintiff to consummate settlement; letter from defendant to Judge received and reviewed; | .25 hrs |
| 06/01/04 | DW | review Notice re: Orders on motion; | .10 hrs |
| 06/02/04 | DW | correspondence with Wiener/Fulweiler; | .10 hrs |
| 06/17/04 | JF | composing motion to reopen matter; | .80 hrs |
| 06/18/04 | JF | composing motion to re-open as a result of Stone Harbor's failure to consummate settlement; composing accompanying cover letter; composing declaration of service; researching case law imposing sanctions for failure to finalize settlement; | 1.40 hrs |
| 06/22/04 | ES | docket Plaintiff's Motion Advising Court of Defendant's Failure to Consummate Settlement, Seeking to Re-open Matter, and seeking costs and attorneys fees; | .10 hrs |
| 07/12/04 | JF | checking on status of pending motion; | .20 hrs |
| 07/16/04 | VMD | letter to client re motion; | .30 hrs |
| 07/21/04 | JF | engaging in telecon with court regarding status of our pending motion; | .20 hrs |

```
                                                                PAGE    2
Gentech Power Systems Inc.
Bill number        2113-00001-018 VMD

07/26/04  DW    review referral to Magistrate;                    .10 hrs
07/27/04  ES    docket Referral to Magistrate Judge;              .10 hrs
08/24/04  DW    review ruling on Motion;                          .10 hrs
08/30/04  JF    composing motion for attorneys' fees and costs;
                engaging in teleconference with CT office
                regarding same;                                  1.60 hrs
08/30/04  DW    review correspondence;                           1.00 hrs


                Total fees for this matter           $         1,417.25

DISBURSEMENTS


                Computerized Research Expense                      50.34
                Duplicating                                         4.80
                Postage                                             8.25
                Telephone Charges                                  10.20
                Telefax Charges                                     7.00
                Courier Service Expense                            28.23
                                                              ------------
                Total disbursements for this matter  $           108.82

BILLING SUMMARY

                Vincent M. DeOrchis       1.45 hrs   225 /hr     326.25
                John Fulweiler            4.20 hrs   185 /hr     777.00
                Erik Santos                .40 hrs    85 /hr      34.00
                Daniel Weiner             1.40 hrs   200 /hr     280.00
                                                              ------------
                TOTAL FEES                           $         1,417.25

                TOTAL DISBURSEMENTS                  $           108.82
                                                              ------------
                TOTAL CHARGES FOR THIS BILL          $         1,526.07

                NET BALANCE FORWARD                  $       ████████

                                                              ------------
                TOTAL BALANCE NOW DUE                $       ████████
```

# DEORCHIS & PARTNERS, LLP

61 Broadway, 26th Floor  
New York, New York 10006-2802

INVOICE

Telephone: (212) 344-4700  
Telefax:   (212) 422-5299

Tax I.D. #: 13-3941514

May 17, 2004

Billed through 04/30/04

Bill number     2113-00001-014 VMD

Gentech Power Systems Inc.  
63 Indian Ledge Rd.  
Monroe, Connecticut 06468

Attn: Mr. Joseph Palmieri

SPORT-CRAFT 3110  
Claim for Vessel Defects

Balance forward as of bill number 010 dated 03/16/04          $      6,781.85

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/01/04 | ES | Docket plaintiffs response to courts 2/4/04 order regarding status and accompanying motion to accept same NUNC PRO TUNC; | .10 hrs |
| 03/08/04 | JF | beginning composition of requests to admit; | .80 hrs |
| 03/10/04 | JF | reviewing file and composing requests to admit; compiling exhibits accompanying same; composing letter to opposing counsel enclosing same; composing declaration of service; composing cover letter to client with copy of same; engaging in teleconference with mediator regarding scheduling mediation; | 2.80 hrs |
| 03/11/04 | ES | docket and diary plaintiff's 1st request to Admit with interrogatories; | .20 hrs |
| 03/11/04 | JF | amending requests to admit and accompanying cover letter; engaging in teleconference with court regarding conference with court; serving same; | 1.40 hrs |
| 03/18/04 | ES | docket and diary Notice of Settlement conference; | .20 hrs |
| 03/22/04 | JF | engaging in multiple teleconference with opposing counsel on settlement issues and scheduling of mediation; engaging in teleconference with client regarding the same; engaging in teleconference with court appointed mediator regarding the same; composing fax in follow-up; | 1.20 hrs |
| 03/24/04 | JF | reviewing file in preparing for settlement discussions with counsel for Stone Harbor Marina; | 1.00 hrs |

In fairness to those who pay promptly, a late payment of one percent per month from the date of the statement will be made with respect to bills which remain unpaid for more than 60 days. Please make checks payable to DeOrchis & Partners, or transfer funds to Chase Manhattan Bank, ABA # 021 - 000021, 4 New York Plaza, New York, New York 10004, for credit to DeOrchis & Partners Attorney Business Account # 681501281865. Thank you.

```
                                                           PAGE   2
Gentech Power Systems Inc.
Bill number        2113-00001-014 VMD

03/25/04 VMD  review plaintiff's response to court order;      .25 hrs
03/26/04 JF   engaging in multiple teleconferences with defense
              counsel on settlement issues; engaging in
              teleconference with client regarding the same;   .40 hrs
03/29/04 JF   engaging in multiple teleconferences with
              opposing counsel and client for purpose of
              negotiating settlement; composing follow-up faxes
              confirming settlement; engaging in teleconference
              with mediator advising of same;                 2.40 hrs
03/30/04 JF   beginning composition of closing documents
              including Release;                               .80 hrs
04/02/04 ES   docketing and diarying notice of Counsel
              regarding closing papers;                        .20 hrs
04/15/04 VMD  receive and review notice to counsel;            .20 hrs
04/19/04 JF   composing proposed release and settlement
              agreement; composing accompanying cover letter; 1.50 hrs


              Total fees for this matter            $      2,436.25

DISBURSEMENTS

              Corresponding Counsel Fees/Expenses -Daniel
              Weiner                                            170.00
              Computerized Research Expense                     122.44
              Duplicating                                        24.60
              Postage                                             2.12
              Telephone Charges                                  22.20
              Courier Service Expense                            16.54
                                                             ---------
              Total disbursements for this matter   $         357.90

BILLING SUMMARY

              Vincent M. DeOrchis     .45 hrs   225 /hr       101.25
              John Fulweiler        12.30 hrs   185 /hr     2,275.50
              Erik Santos             .70 hrs    85 /hr        59.50
                                                          -----------
              TOTAL FEES                            $       2,436.25

              TOTAL DISBURSEMENTS                   $         357.90
                                                          -----------
              TOTAL CHARGES FOR THIS BILL           $       2,794.15

              NET BALANCE FORWARD                   $       [redacted]
                                                          -----------
              TOTAL BALANCE NOW DUE                 $       [redacted]
```

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 20 P 3: 34
DISTRICT COURT
[illegible], CT

JOSEPH PALMIERI,
    -Plaintiff

-v-

CIVIL 3:02CV1752(CFD)(TPS)

KEN HALL & ASSOCIATES, INC.
d/b/a SPORT CRAFT BOATS,
SPORT CRAFTER MARINE,
SPORT CRAFT, INC.,
ROBERTS ACQUISITION CORP.,
and STONE HARBOR MARINA,
    -Defendant

## RULING ON PLAINTIFF'S MOTION TO RE-OPEN CASE AND FOR COSTS AND FEES

The plaintiff's motion seeking to re-open this case and the costs and attorney's fees associated with his efforts to consummate the settlement (Dkt. # 30) is GRANTED ABSENT OBJECTION IN PART AND DENIED WITHOUT PREJUDICE IN PART. Wherefore the Judgment stated that the case was "dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if settlement has not been consummated" (Dkt. # 29) and wherefore the plaintiff did in fact move to re-open the case within 30 days as the settlement had not been consummated, the motion to re-open the case is GRANTED ABSENT OBJECTION. The clerk shall restore the

case to the docket.

However, it is axiomatic that a motion for an award of attorney's fees must be accompanied by an affidavit which sets forth, inter alia, the customary hourly rate that the moving attorney bills and the total number of hours expended. Since no such affidavit accompanied this motion, the motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated at Hartford, Connecticut this 20th day of August, 2004.

Thomas P. Smith
United States Magistrate Judge

# EXHIBIT C

# STEVEN G.M. BIRO
ATTORNEY AND COUNSELOR AT LAW

291 Vine Road
Stamford, Connecticut
06905-2106

(203) 329-9664
(203) 329-1640 Fax

61 Broadway, 18th Floor
New York, New York
10006

(212) 797-9100
Ext. 500

May 24, 2004

Hon. Christopher F. Droney
United States District Judge
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

RE: Palmieri v. Ken Hall & Assoc., Inc., et al.
UADC/DC
02-CV-1752(CFD)

Dear Judge Droney:

I represent the defendant in the above referenced matter.

I am presently in the middle of a trial in Stamford Superior Court, entitled *Steven G. M. Biro, et al vs. Sidley & Austin*, Docket No. CV-95-0149415-S. We are now in the third week of this trial (without counting the ADR and other pre-trial procedure). For the past month, I had been getting, on the average, three to four hours of sleep per night. Since I am a sole practitioner, it will be impossible for me to give a careful thought and consideration necessary to properly conclude the above-captioned matter until the end of the on going to trial in Stamford, which I and told will the go through the first week of June.

My brother, Attorney Fulweiler has been most gracious and accommodating my circumstances up to this time, despite the fact that he must be under pressure from his clients to wind things up.

Accordingly, I respectfully request that the court grant us additional time through June 15, 2004 in order to complete all of the formalities and conclude this litigation.

STEVEN G. M. BIRO

Honorable Christopher Droney
*Palmieri v. Hall, et al.*
May 24, 2004, Page 2 of 2

     I thank Your Honor and Mr. Fulweiler for your understanding and courtesy, and remain,

                            Very truly yours,

                            Steven G. M. Biro

SGMB/ga
Cc: John Fulweiler, Esq.

                       **BY FAX ONLY**