## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH PALMIERI, | : |
|     Plaintiff | : |
| | : |
| v. | : Civil Action No. 3:02CV1752(CFD) |
| | : |
| KEN HALL & ASSOCIATES, INC., d/b/a | : |
| SPORT CRAFT BOATS, SPORT CRAFT | : |
| MARINE, SPORT CRAFT, INC., | : |
| ROBERTS ACQUISITION | : |
| CORPORATION and STONE HARBOR | : |
| MARINA, | : |
|     Defendants | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

__X__ A ruling on the following motion which is currently pending: **[#33] Plaintiff's Follow-Up Motion with Memorandum of Law Seeking an Award of Costs and Attorneys' Fees Related to His Having to Re-Open This Matter** (orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

SO ORDERED this __4th__ day of February 2005, at Hartford, Connecticut.

                                                /s/ CFD
                                                Christopher F. Droney
                                                United States District Judge