DE ORCHIS & PARTNERS, LLP
24 Hoyt Street
Stamford, Connecticut 06905
(203) 323-9120

Attorneys for Plaintiff
Joseph Palmieri

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------x
JOSEPH PALMIERI,

               Plaintiff,

    - against -                             02 CIV. 1752 (CFD) (TPS)

KEN HALL & ASSOCIATES, INC. d/b/a SPORT CRAFT BOATS, SPORT CRAFT MARINE, SPORT CRAFT, INC., ROBERTS ACQUISITION CORPORATION and STONE HARBOR MARINA,

               Defendants.
-------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff JOSEPH PALMIERI (hereinafter referred to as the "PLAINTIFF"), and the only appearing defendant Stone Harbor Marina, hereby stipulate and agree to a dismissal of all claims, cross-claims and counterclaims (including claims or potential claims for attorneys' fees and costs, if any) as may exist or could have existed between them such dismissal to be with prejudice and with each party to bear its own attorneys' fees, costs and expenses.

RESPECTFULLY SUBMITTED THIS 12 day of ~~April~~ MAY, 2005

                                    DE ORCHIS & PARTNERS, LLP
                                    Attorneys for Plaintiff

                                    By: _____
                                    John K. Fulweiler (CT-24765)
                                    De Orchis & Partners, LLP
                                    24 Hoyt Street
                                    Stamford, Connecticut
                                    (203-323-9120)
                                    Our File: 2113-1


STONE HARBOR MARINA, INC

By: _____
Thomas Russell
Stone Harbor Marina, Inc.
116 Stone Harbor Blvd.
Stone Harbor, NJ 08247


SO ORDERED:

_____
Hon. Thomas P. Smith

W:\2113-1\Legals\Stipulation Of Discontinuance 042505 Jkf.Doc 4/27/05-mc.